UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH-PMF ) MDL No. 2100 |

This Document Relates To:

Hope C. Reed v. Bayer Corp., et al. No. 3:10-cv-13738-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's motion to dismiss entered on May 26, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY: /s/*Sandy Pannier*
       **Deputy Clerk**

Dated: June 1, 2011

Digitally signed by David R. Herndon
Date: 2011.06.01 11:15:46 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**